■ In the Matter of LINDA IBRAHIM, Petitioner, v DAVID M. HOOVLER et al., Respondents. [20 NYS3d 900]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Robert H. Freehill, a Justice of the County Court, Orange County, to vacate an order of that court dated September 15, 2015, denying the petitioner's motion to suppress physical evidence, made in a criminal action entitled

*People v Ibrahim*, pending in that court under indictment No. 14-00081, and to stay the trial of that action pending a hearing and determination of this proceeding.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner failed to demonstrate a clear legal right to the relief sought. Chambers, J.P., Sgroi, Miller and LaSalle, JJ., concur.